960

No. 1047. GOLDSTEIN *v.* DOFT. C. A. 2d Cir. Certiorari denied. *Jacob Rassner* for petitioner. *Samuel B. Seidel* for respondent.

No. 1066. ALBERS *v.* STATE BOARD OF EQUALIZATION, STATE OF CALIFORNIA. Dist. Ct. App. Cal., 1st App. Dist. Certiorari denied. *Lemuel D. Sanderson* and *Hugh T. Fullerton* for petitioner. *Thomas C. Lynch,* Attorney General of California, *Ernest P. Goodman,* Assistant Attorney General, and *John J. Klee, Jr.,* Deputy Attorney General, for respondent.

No. 1024. ROBINSON *v.* CONNECTICUT. Sup. Ct. Err. Conn. Motion to dispense with printing petition for writ of certiorari granted. Certiorari denied.

No. 858, Misc. CHAVERS *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *David W. Clark,* Assistant Attorney General, for respondent.

No. 872, Misc. DOWD *v.* MAXWELL, WARDEN. Sup. Ct. Ohio. Certiorari denied. Petitioner *pro se. William B. Saxbe,* Attorney General of Ohio, and *William C. Baird,* Assistant Attorney General, for respondent.

No. 884, Misc. COLLINS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Meyer Licht* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1191, Misc. HILL *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.